IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDI T. HABERKORN,<br><br>          Plaintiff,<br><br>v.<br><br>NATIONWIDE LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No. 1:07-cv-00727-UNA |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Answer of Defendant Nationwide Life Insurance Company was filed electronically this 20th day of November, 2007, upon the parties listed below. Notice of this filing will be sent to all registered parties via the Court's ECF/CM system, and will be served by regular U.S. Mail, postage prepaid, upon:

John S. Spadaro
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Attorneys for Plaintiff Judi T. Haberkorn

                                                *SHELSBY & LEONI*
                                                */s/ Robert J. Leoni*
                                                Robert J. Leoni, Esquire  (DSBA No. 2888)
                                                221 Main Street
                                                Stanton, DE 19804
                                                302 995 6210
                                                302 995 6121(fax)
                                                rleoni@mslde.com

                                                Attorney for Defendant,
                                                Nationwide Life Insurance Company