IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JUDI T. HABERKORN,

    Plaintiff,

v.

NATIONWIDE LIFE INSURANCE COMPANY,

    Defendant.

Case No. 1:07-cv-00727-JJF

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in Fed. R. Civ. P. 7.1: Any non-governmental corporate party to a proceeding must file a statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:
    Nationwide Life Insurance Company

1.     Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    __X__ Yes          ____ No

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2281627v1

<u>Nationwide Life Insurance Company is a wholly owned subsidiary of Nationwide Financial Services, Inc.</u>

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?  ___Yes   _X_ No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

Respectfully submitted,

_/s/ Robert J. Leoni_
Robert J. Leoni, Esquire  (DSBA No. 2888)
**Shelsby & Leoni**
221 Main Street
Stanton, DE 19804
302 995 6210
302 995 6121(fax)
rleoni@mslde.com

Attorney for Defendant,
Nationwide Life Insurance Company

Date:   December 4, 2007

2

2281627v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDI T. HABERKORN,<br><br>               Plaintiff,<br><br>v.<br><br>NATIONWIDE LIFE INSURANCE COMPANY,<br><br>               Defendant. | Case No. 1:07-cv-00727-JJF |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Corporate Disclosure Statement was filed electronically this 4th day of December, 2007, upon the parties listed below. Notice of this filing will be sent to all registered parties via the Court's ECF/CM system, and will be served by regular U.S. Mail, postage prepaid, upon:

John S. Spadaro
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Attorneys for Plaintiff Judi T. Haberkorn

                                      *SHELSBY & LEONI*
                                      */s/ Robert J. Leoni*
                                      Robert J. Leoni, Esquire (DSBA No. 2888)
                                      221 Main Street
                                      Stanton, DE 19804
                                      302 995 6210
                                      302 995 6121(fax)
                                      rleoni@mslde.com

                                      Attorney for Defendant,
                                      Nationwide Life Insurance Company