# SHELSBY & LEONI

GILBERT F. SHELSBY, JR. (MD, DC, DE)
ROBERT J. LEONI (DE)

A PROFESSIONAL ASSOCIATION

MICHAEL J. LOGULLO (DE)
STACEY L. PAOLI (PA)

221 MAIN STREET
STANTON, DELAWARE 19804
302-995-6210
FACSIMILE 302-995-6121

December 10, 2007

*Via E-File*
The Honorable Joseph J. Farnan
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

> **Re:    Judi T. Haberkorn v. Nationwide Life Insurance Company
> C.A. No. 07-727 (JJF)**

Dear Judge Farnan:

I represent Defendant Nationwide Life Insurance Company in the above-referenced matter. Pursuant to Local District Rule 81.2, there are currently no pending matters which require judicial action.

I am available at the Court's convenience should Your Honor have any questions in this regard.

Respectfully Submitted,

/s/ Robert J. Leoni
Robert J. Leoni
Rleoni@mslde.com

cc:    John S. Spadaro, Esquire