IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDI T. HABERKORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONWIDE LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 1:07-CV-00727-UNA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Stephen C. Gray, Esquire, Bricker & Eckler LLP, 100 South Third Street, Columbus, Ohio 43215-4291 to represent Defendant Nationwide Life Insurance Company in this matter.

*SHELSBY & LEONI*

s/ Robert J. Leoni
Robert J. Leoni, Esquire  (DSBA No. 2888)
221 Main Street
Stanton, DE 19804
302 995 6210
302 995 6121(fax)
rleoni@mslde.com
Attorney for Defendant,
Nationwide Life Insurance Company

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for admission *pro hac vice* is granted.

Date:_____          _____
　　　　　　　　　　　　　　　　　United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

Date: 11/26/07

Signed: [signature]

Stephen C. Gray, Esq. (Ohio Bar 0067877)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio 43215-4291
Telephone: (614) 227-2329
Facsimile: (614) 227-2390
sgray@bricker.com