IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
                                    :
JUDI T. HABERKORN,                  :
                                    :
          Plaintiff,                :
                                    :
     v.                             :  Civ. Act. No. 07-727-JJF
                                    :
NATIONWIDE LIFE INSURANCE           :
COMPANY,                            :
                                    :
          Defendant.                :
```

## O R D E R

WHEREAS, on December 12, 2007, the Court entered the
Proposed Rule 16 Scheduling Order filed by the parties in the
above-captioned matter (D.I. 9);

WHEREAS, paragraph 3 of the Order incorrectly referred this
matter to Magistrate Judge Thynge for the purpose of exploring
settlement;

NOW THEREFORE, IT IS HEREBY ORDERED that paragraph 3 of the
Rule 16 Scheduling Order entered December 12, 2007, shall be
amended to read:

> 3. Settlement Conference. Pursuant to 28 U.S.C.
> §636, this matter is referred to **Magistrate Judge Stark**
> for the purposes of exploring the possibility of
> settlement. If the parties agree that they would
> benefit from a settlement conference, the parties shall
> contact Magistrate Judge Stark to schedule a settlement
> conference so as to be completed no later than the
> Pretrial Conference or a date ordered by the Court.

January 4, 2008
DATE

UNITED STATES DISTRICT JUDGE