**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

JUDI T. HABERKORN,                            )
                                              )
                        Plaintiff,            )
                                              )        C.A. No. 07-727JJF
v.                                            )
                                              )
NATIONWIDE LIFE                               )
INSURANCE COMPANY,                            )
                                              )
                        Defendant.            )

**NOTICE OF SERVICE**

I hereby certify that on this date, I electronically filed Plaintiff Judi T. Haberkorn's First

Set of Requests for Production of Documents with the Clerk of the Court using CM/ECF which

will send notification of such filing(s) to the following:

    Robert J. Leoni
    Morgan Shelsby & Leoni
    221 Main Street
    Stanton, DE  19804

In addition, I certify that the document itself was served by U.S. Mail at the address

shown.

    JOHN SHEEHAN SPADARO, LLC

    /s/ John S. Spadaro
    John S. Spadaro, No. 3155
    724 Yorklyn Road, Suite 375
    Hockessin, DE 19707
    (302)235-7745

    Attorney for plaintiff
    Judi T. Haberkorn

January 9, 2008

1691