IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDI T. HABERKORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-727JJF |
| v. | ) |
| | ) |
| NATIONWIDE LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed Plaintiff Judi T. Haberkorn's First Set of Interrogatories with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

    Robert J. Leoni
    Morgan Shelsby & Leoni
    221 Main Street
    Stanton, DE  19804

In addition, I certify that the document itself was served by U.S. Mail at the address shown.

    JOHN SHEEHAN SPADARO, LLC

    /s/ John S. Spadaro
    John S. Spadaro, No. 3155
    724 Yorklyn Road, Suite 375
    Hockessin, DE 19707
    (302)235-7745

    Attorney for plaintiff
    Judi T. Haberkorn

January 9, 2008

1692