IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDI T. HABERKORN, | : |
| Plaintiff, | : |
| v. | : Case No. 1:07-CV-00727-JFF |
| NATIONWIDE LIFE INSURANCE COMPANY, | : |
| Defendant. | : |

### DEFENDANT NATIONWIDE LIFE INSURANCE COMPANY'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a), and the Court's Scheduling Order, Defendant, Nationwide Life Insurance Company ("Nationwide"), makes the following initial disclosures based on information presently available to it. Nationwide expressly reserves the right to supplement these disclosures as necessary and appropriate.

Plaintiff, Judi T. Haberkorn, may hereinafter be referred to as "Haberkorn." The terms "Policy" refers to the One-Year Non-Renewable Term Blanket Student Accident & Sickness Policy issued by Nationwide to the University of Delaware.

**(A)** *Name and address of each individual likely to have discoverable information that Defendant may use to support claims or defenses, coupled with the subject of the information:*

The following individuals may have discoverable information that Defendant may use to support its defenses and counterclaims:

1.  Brenda Flask, Nationwide employee, Specialist, Process Management. She has knowledge concerning the allegations and subject matter of the Complaint, including but not limited to the administration of claims made under the Policy, the denial of Plaintiff's claims, Nationwide's School Health Plans business, Nationwide's relationship with Consolidated Health Plans as claims manager for claims submitted under the Policy, and Nationwide's contacts with the Delaware Department of Insurance. She may be contacted through counsel.

2.  Stephen Grabovich, Nationwide employee, Account Executive for the School Health Plans. He is responsible for the health insurance business provided to the University of Delaware. He has knowledge concerning the relationship between Nationwide and the University of Delaware. He may be contacted through counsel.

3.  Robert K. Johnson, Nationwide employee, Consultant, Process Management. He has knowledge concerning the health insurance contract between Nationwide and the University of Delaware. He may be contacted through counsel.

4.  Dr. Glenn Auckerman, former Medical Director, Nationwide Medical Management. He has knowledge concerning review of Plaintiff's medical records and her claims for reimbursement. Present address unknown.

5.  Bill Devine, University Health Plans, Springfield, MA. Has knowledge of the offering of Health insurance by Nationwide to the University of Delaware.

6.  Marjorie Cogan, Nationwide Medical Management, R.N. She has knowledge of review of Plaintiff's claims in December 2006.

7.  Unknown physician, Medical Review Institute of America, Salt Lake City, UT. He prepared an independent medical review of Plaintiff's records on August 1, 2007.

8.  Unknown physician, Medical Review Institute of America, Salt Lake City, UT. He prepared an independent medical review of Plaintiff's records on August 28, 2007.

9. Susan Jennette. Investigative Supervisor; Insurance Commissioner of Delaware; Dover, DE. She has knowledge concerning Plaintiff's complaint to the Delaware Dept. of Insurance and Nationwide's response.

10. Lynne Mazzie, Consolidated Health Plans, 195 Stafford St., Springfield, MA, (800) 633-7867. She has knowledge concerning the submission of claims by Plaintiff and the administration of those claims, the decision to deny those claims and communications with Nationwide about Plaintiff's claims.

11. Wanda Lucerino, Consolidated Health Plans, Springfield, MA. She has knowledge concerning the decision to deny reimbursement of Plaintiff's claims.

12. Kathy Stomski, Consolidated Health Plans, Springfield, MA. She has knowledge concerning the submission of claims by Plaintiff and the administration of those claims, the decision to deny those claims, and communications with Nationwide about Plaintiff's claims.

13. Patty Clark, Consolidated Health Plans, Springfield, MA. She has knowledge concerning the submission of claims by Plaintiff and the administration of those claims.

14. Mark Devlin, Consolidated Health Plans, Springfield, MA. He has knowledge concerning the decision to deny reimbursement of Plaintiff's claims.

15. Plaintiff. She presumably has knowledge of the subject matter of her complaint.

16. Other yet unidentified officers, directors, employees, and agents of Nationwide Life Insurance Company.

17. Other yet unidentified officers, directors, employees, and agents of Consolidated Health Plans.

2350045v2

18. Those individuals identified in the Rule 26(a) disclosures of Plaintiff.

Nationwide reserves the right to supplement this list as discovery proceeds.

**(B)** ***Description by category and location of all documents, electronically stored information, and tangible things that are in Nationwide's possession, custody, or control and it may use to support its defenses and claims:***

The following categories of documents, electronically stored information and tangible things, unless otherwise stated, are documents in Nationwide's custody or control, which may be used to support its defenses in this matter:

1. Documents attached to and referenced in Plaintiff's Complaint.
2. Plaintiff's correspondence and exhibits to the Delaware Department of Insurance.
3. Emails between Nationwide employees concerning Plaintiff.
4. Emails, faxes and correspondence between Nationwide and the Claims Administrator for the Policy, Consolidated Health Plans, concerning Plaintiff.
5. Documents received from Consolidated Health Plans concerning the administration of Plaintiff's claims.
6. Copies of the Policy issued by Nationwide Life Insurance Company to the University of Delaware, for the school years (Sept 1 to Sept. 1) 2004-2005, 2005-2006, and 206-2007.
7. Copies of the Student Health Services Guide provided by the University of Delaware to students which outlines the benefits provided by the Student

4

Accident and Sickness Insurance Plan (the Policy) issued by Nationwide to the University of Delaware, for the school years, 2004-2005, 2005-2006, and 206-2007.

8. Student insurance claim forms filled out by Plaintiff, medical records related to Plaintiff's treatment, and medical records concerning Plaintiff submitted to Nationwide by Consolidated Health Plans.

9. Medical review request forms and reports concerning Plaintiff.

10. Reports from independent medical reviewers concerning Plaintiff.

11. Nationwide Claim Referral Forms exchanged with Consolidated Health Plans.

12. Other documents relating to the administration of Plaintiff's claim by Nationwide; and

13. Documents relating to communications to and from the Delaware Department of Insurance concerning Plaintiff.

Nationwide reserves the right to supplement this list as discovery proceeds.

**(C)** ***Computation of any category of damages:***

Not applicable. Nationwide has not asserted a claim for damages.

**(D)** ***Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.***

None.

2350045v2

Nationwide specifically reserves the right to amend and/or supplement these disclosures at any time, and in particular, as additional relevant information is discovered.

Dated: January 25, 2008

Respectfully submitted,

/s/ Robert J. Leoni
_____

Robert J. Leoni   (DSBA No. 2888)
Shelsby & Leoni
221 Main Street
Stanton, Delaware  19804
Telephone:  (302) 995-6210
Facsimile:  (302) 995-6121
rleoni@mslde.com

and

Stephen C. Gray   (0067877)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio  43215-4291
sgray@bricker.com
Telephone:  (614) 227-2329
Facsimile:  (614) 227-2390

*Attorneys for Defendant*
*Nationwide Life Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDI T. HABERKORN, | : |
| Plaintiff, | : |
| v. | : Case No. 1:07-CV-00727-JFF |
| NATIONWIDE LIFE INSURANCE COMPANY, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing *DEFENDANT NATIONWIDE LIFE INSURANCE COMPANY'S RULE 26(a)(1) INITIAL DISCLOSURES* was served via the Court's ECF/CM system this 25th day of January, 2008, upon the party listed below:

John S. Spadaro
724 Yorklyn Road, Suite 375
Hockessin, DE  19707

*Shelsby & Leoni*

    /s/ Robert J. Leoni
Robert J. Leoni, Esquire (DSBA No. 2888)
221 Main Street
Stanton, DE 19804
302 995 6210
302 995 6121(fax)
rleoni@mslde.com
Attorney for Defendant,
Nationwide Life Insurance Company

7

2350045v2