IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDI T. HABERKORN, | |
| Plaintiff, | Case No. 1:07-cv-00727-JJF |
| v. | |
| NATIONWIDE LIFE INSURANCE COMPANY, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of Defendant Nationwide Life Insurance Company's Objections and Responses to Plaintiff's First Set of Interrogatories and Defendant Nationwide Life Insurance Company's Objections and Responses to Plaintiff's First Request for Production of Documents was served by regular U.S. Mail, postage prepaid on February 11, 2008, upon:

John S. Spadaro
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Attorneys for Plaintiff Judi T. Haberkorn

*SHELSBY & LEONI*
/s/ Robert J. Leoni
Robert J. Leoni, Esquire (DSBA No. 2888)
221 Main Street
Stanton, DE 19804
302 995 6210
302 995 6121(fax)
rleoni@mslde.com
Attorney for Defendant,
Nationwide Life Insurance Company