IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDI T. HABERKORN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONWIDE LIFE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | C.A. No. 07-727JJF |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2008, a copy of the foregoing Defendant Nationwide Life Insurance Company's First Set of Interrogatories Propounded to Plaintiff Judi Haberkorn was served by e-mail and U.S. Mail, postage prepaid, upon the following:

    John S. Spadaro, Esq. (jspadaro@johnsheehanspadaro.com)
    JOHN SHEEHAN SPADARO LLC
    724 Yorklyn Road, Suite 375
    Hockessin, DE 19707

                        *SHELSBY & LEONI*

                        */s/ Robert J. Leoni*
                        Robert J. Leoni, Esquire (DSBA No. 2888)
                        221 Main Street
                        Stanton, DE 19804
                        302 995 6210
                        302 995 6121(fax)
                        rleoni@mslde.com

                        Attorney for Defendant,
                        Nationwide Life Insurance Company

2379407v3