IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUDI T. HABERKORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-727JJF |
| v. | ) | |
| | ) | |
| NATIONWIDE LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 28, 2008, a copy of the foregoing Defendant Nationwide Life Insurance Company's First Set of Requests for Production Propounded to Plaintiff Judi Haberkorn was served by e-mail and U.S. Mail, postage prepaid, upon the following:

> John S. Spadaro, Esq. (jspadaro@johnsheehanspadaro.com)
> JOHN SHEEHAN SPADARO LLC
> 724 Yorklyn Road, Suite 375
> Hockessin, DE 19707
>
> *Counsel for Plaintiff*

**SHELSBY & LEONI**

*/s/ Robert J. Leoni*
Robert J. Leoni, Esquire (DSBA No. 2888)
221 Main Street
Stanton, DE 19804
302 995 6210
302 995 6121(fax)
rleoni@mslde.com

Attorney for Defendant,
Nationwide Life Insurance Company

2379542v3