IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDI T. HABERKORN, | |
| Plaintiff, | Civ. No. 07-727-JJF |
| v. | |
| NATIONWIDE LIFE INSURANCE COMPANY, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff Judi T. Haberkorn, and the Defendant Nationwide Life Insurance Company, through their undersigned counsel, that the above-entitled action be dismissed, in its entirety, including all claims asserted by Plaintiff, with prejudice. Each party to bear its own costs.

/s/ John S. Spadaro
John S. Spadaro (DSBA No. 3155)
**John Sheehan Spadaro, LLC**
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone: (302) 235-7745
jspadaro@johnsheehanspadaro.com

Attorney for Plaintiff
Judi T. Haberkorn

/s/ Robert J. Leoni
Robert J. Leoni   (DSBA No. 2888)
**Shelsby & Leoni**
221 Main Street
Stanton, DE 19804
Telephone: (302) 995-6210
rleoni@mslde.com

Attorney for Defendant
Nationwide Life Insurance Company

2543585v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDI T. HABERKORN,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONWIDE LIFE<br>INSURANCE COMPANY,<br><br>        Defendant. | Civ. No. 07-727-JJF |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically this 5th day of June, 2008. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

                                        /s/ Robert J. Leoni
                                        Robert J. Leoni   (DSBA No. 2888)

2543585v1