IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDI T. HABERKORN,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONWIDE LIFE<br>INSURANCE COMPANY,<br><br>        Defendant. | Civ. No. 07-727-JJF |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff Judi T. Haberkorn, and the Defendant Nationwide Life Insurance Company, through their undersigned counsel, that the above-entitled action be dismissed, in its entirety, including all claims asserted by Plaintiff, with prejudice. Each party to bear its own costs.

| | |
|---|---|
| /s/ John S. Spadaro | /s/ Robert J. Leoni |
| John S. Spadaro (DSBA No. 3155) | Robert J. Leoni  (DSBA No. 2888) |
| **John Sheehan Spadaro, LLC** | **Shelsby & Leoni** |
| 724 Yorklyn Road, Suite 375 | 221 Main Street |
| Hockessin, DE  19707 | Stanton, DE  19804 |
| Telephone: (302) 235-7745 | Telephone: (302) 995-6210 |
| jspadaro@johnsheehanspadaro.com | rleoni@mslde.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| Judi T. Haberkorn | Nationwide Life Insurance Company |

SO ORDERED THIS __6__ day of June, 2008

_____
United States District Judge

2543585v1